_____ RETAIN

**Wendelin I. Lipp , U. S. BANKRUPTCY JUDGE**         Evidentiary Hrg: Y/N

PROCEEDING MEMO - CHAPTER 13

Date: 04/27/2010 Time: 02:00

CASE: 09-30595 Robert E Bailey and Adrienne Mylissa Bailey

Marc A. Ominsky representing Robert E Bailey (Debtor)

Marc A. Ominsky representing Adrienne Mylissa Bailey (Debtor)

Timothy P. Branigan (Trustee)

[27] Amended Chapter 13 Plan.Amount of Payments per Month: $902.70,Number of Months:60, Filed by Adrienne Mylissa Bailey, Robert E Bailey. (Attachments: # (1) Certificate of Service)

**MOVANT** : Robert Bailey Adrienne Bailey BY M Ominsky; M Ominsky;

DISPOSITIONS:

Plan: Confirmed Modified Hold Interlineation:$___ Mos.___ Converted to Ch___
Denied without/with leave to amend
by: 5/28/10   Conf: 6/29/10  Dismissed   2 pm
Continued to:

Other Matters: (List Paper No next to ruling)

| | | |
|---|---|---|
| Granted ____ | Sustained ____ | Denied ____ |
| Overruled ____ | Withdrawn ____ | Under Adv. ____ |
| Moot ____ | Consent ____ | Dismissed ____ |
| O.T.J. Fee ____ | | |

DECISION:

[ ] Signed by Court           [ ] Filed by Counsel
[✓] To be prepared by:
    [ ] Movant's counsel        [✓] Court  CRD
    [ ] Respondent's counsel    [ ] Other _____

NOTES: