# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

**Date: 11/10/15**

**In re:   Case No.:   09–30595 WIL       Chapter:   13**

Robert E Bailey                                          Adrienne Mylissa Bailey
Debtor(s)

# DEFICIENCY NOTICE

DOCUMENT:  121 – Motion to Withdraw Unclaimed Funds from Court Registry in the amount of $1799.03 Filed by Dilks & Knopik, LLC . (Attachments: # 1 Supplement # 2 Supplement) (Anderson, Jolon)

PROBLEM:  **The following items are deficient for the above pleading, and must be cured by 11/24/15.**

**1) A redacted drivers license for Brian Dilks, Kathleen Misch and Julie Delahoussaye, was not filed.**
**2) W–9 with ClearSpring Loan Servicing, Inc. with current address, was not filed.**

CURE:  Please file the above missing information indicated by the cure date.

CONSEQUENCE:  Failure to cure the problem(s) by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem(s) may result in the relief sought being denied for want of prosecution.

**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing–requirements.**
**Additional information for non–attorney filers: http://www.mdb.uscourts.gov/content/after–filing.**

Mark A. Neal, Clerk of Court
by Deputy Clerk, Jolon Anderson  410–962–7964

cc:  Debtor(s)
    Attorney for Debtor(s) – Barry M. Tapp

Form defntc (11/2013)