Entered: December 09, 2015
Signed: December 09, 2015

SO ORDERED



**WENDELIN I. LIPP**
**U. S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.:   09–30595 – WIL      Chapter:   13

Robert E Bailey
1207 White Cliff Court
Accokeek, MD 20607

Adrienne Mylissa Bailey
1207 White Cliff Court
Accokeek, MD 20607

Deficient Pleading No. – 121

Motion to Withdraw Unclaimed Funds
from Court Registry filed by Creditor Dilks
& Knopik, LLC

## ORDER STRIKING FILING FOR FAILURE
## TO COMPLY WITH REQUIRED PROCEDURES

Notice having been given of a deficient filing filed by a party in interest in the instant case, and said deficiency not having been corrected within the time prescribed in the notice; it is hereby

ORDERED, that the above–referenced filing is stricken from the official record of the instant case.

cc:   Debtor(s)
Attorney(s) for Debtor(s) – Barry M. Tapp, Barry M. Tapp
Interested Party – Dilks & Knopik, LLC
Case Trustee – Timothy P. Branigan

### End of Order

14.1 (02/02/2006) – *jmanderson*